No. 19, Misc. SEVERA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 33, Misc. CONNOR *v.* FLORIDA;
No. 50, Misc. LAWSON *v.* SHUTTLEWORTH, WARDEN;
No. 62, Misc. BOWE *v.* SKEEN, WARDEN; and
No. 78, Misc. KERR *v.* HEINZE, WARDEN. Motions for leave to file petitions for writs of habeas corpus in these cases severally denied.

No. 77, Misc. MULVEY *v.* SUPREME COURT OF MICHIGAN;
No. 99, Misc. VAN PELT *v.* CHICAGO POLICE DEPARTMENT; and
No. 103, Misc. JOSLIN *v.* CHIEF JUSTICE OF THE SUPREME COURT OF MICHIGAN ET AL. Motions for leave to file petitions for writs of mandamus in these cases severally denied.